# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANHWAR TELLY YOUNG,<br><br>　　　　Defendant. | Case No.  1: 1:13-mj-00260-GSA<br><br>New Case No. 1:13-mj-00260-BAM<br><br>ORDER REASSIGNING ACTION FROM MAGISTRATE JUDGE GARY AUSTIN TO MAGISTRATE JUDGE BARBARA A. McAULIFFE |

　　　IT IS HEREBY ORDERED that this action shall be reassigned from the docket of Magistrate Judge Gary S. Austin to the docket of Magistrate Judge Barbara A. McAuliffe, for purposes of defendant's participation in Wellness Court.  All future pleadings and correspondence shall hereinafter be correctly numbered as follows:  1:13-mj-00260-BAM

IT IS SO ORDERED.

　　Dated:　**March 16, 2021**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE